Date: 10/30/2015

# NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Case #: 11-31921

Debtors: Geraldine Robbins Byers
PO BOX 632
GASTONIA, NC 28053

FILED
U.S. Bankruptcy Court
of NC

NOV 03 2015

Steven T. Salata, Clerk
Charlotte Division

Account Number: 1750

Creditor Information: EAST COAST IMPORTS 2700 WILKINSON BLVD CHARLOTTE NC 28208-0000 / 05 CHEV MALIBU

Amount of Turnover: $51.78              95-Dsb Ck-Crdtr Int
Amount of Turnover: $3,648.82           94-Dsb Ck-Crdtr Prin

**Total Turnover Amount: $3,700.60**

U #3